```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 32158
   MAXINE CARATHERS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7738

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 08/30/2004 and was confirmed 11/03/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 08/18/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                         PAID         PAID
------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED            3000.00     111.91       3000.00
FORD MOTOR CREDIT          UNSECURED          1317.32        .00       1317.32
FORD MOTOR CREDIT          NOTICE ONLY      NOT FILED        .00            .00
GMAC MORTGAGE              CURRENT MORTG         .00         .00            .00
GMAC MORTGAGE              MORTGAGE ARRE     1485.49         .00       1485.49
WEST SUBURBAN NEIGHBORHO   SECURED NOT I   NOT FILED        .00            .00
CAPITAL ONE BANK           UNSECURED         5106.84        .00        5106.84
CAPITAL ONE BANK           UNSECURED          532.71        .00         532.71
ELMHURST MEMORIAL HOSPIT   UNSECURED       NOT FILED        .00            .00
ELMHURST MEMORIAL HOSPIT   NOTICE ONLY     NOT FILED        .00            .00
ECAST SETTLEMENT CORP      UNSECURED          980.45        .00         980.45
RESURGENT ACQUISITION LL   UNSECURED         3704.91        .00        3704.91
PEOPLES GAS LIGHT & COKE   FILED LATE            .00        .00            .00
MELVIN J KAPLAN            DEBTOR ATTY      2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                     1,225.70
DEBTOR REFUND              REFUND                                        430.78

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               20,596.11

PRIORITY                                       .00
SECURED                                   4,485.49
    INTEREST                                111.91
UNSECURED                                11,642.23
ADMINISTRATIVE                            2,700.00
TRUSTEE COMPENSATION                      1,225.70
DEBTOR REFUND                               430.78
                      ---------------    ---------------
TOTALS                20,596.11           20,596.11
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 32158 MAXINE CARATHERS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/20/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```